# United States District Court
# Western District of North Carolina
# Statesville Division

| | |
|---|---|
| Angela N. Allen, | JUDGMENT IN CASE |
| Plaintiff(s), | 5:20-cv-00003-KDB-DCK |
| vs. | |
| Lazy T., LLC, and Larry Dexter Harmon | |
| Defendant(s). | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 4, 2021 Order.

January 4, 2021

*Frank G. Johns*
Frank G. Johns, Clerk
United States District Court