IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:20-CV-00003-KDB-DCK

| | |
|---|---|
| ANGELA N. ALLEN,<br><br>**Plaintiff,**<br><br>v.<br><br>**LARRY DEXTER HARMON, and LAZY T., LLC,**<br><br>**Defendants.** | **ORDER** |

**THIS MATTER** is before the Court on Plaintiff's Motion for Final Execution and Issuance of Writ of Execution against Defendant Larry Dexter Harmon. (Doc. No. 29).

Judgment was entered on January 4, 2021, in favor of Plaintiff against Defendants for recovery in the sum of $135,163.04. (Doc. No. 22). Notice of Right to Have Exemptions Designated was issued by the Clerk on March 22, 2021. (Doc. No. 25). Defendants have not responded, and Judgment has not been satisfied.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion for Final Execution and Issuance of Writ of Execution against Defendant Larry Dexter Harmon, (Doc. No. 29), is **GRANTED**. None of the Judgment Debtor's property shall be set aside as exempt from the execution of said Judgment.

**SO ORDERED.**

Signed: May 11, 2021

Kenneth D. Bell
United States District Judge