IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| Angela N. Allen,<br><br>    Plaintiff,<br><br>vs.<br><br>Lazy T., LLC, and Larry Dexter Harmon,<br><br>    Defendants. | Docket No:<br>5:20-cv-00003-KDB-DCK<br><br>*Order:*<br>**Compelling Responses in Supplemental Proceedings** |

This cause is before the undersigned on plaintiff's motion to compel responses in Supplemental Proceedings from defendants. (Doc. No. 32). Plaintiff seeks an order compelling responses in supplemental proceedings from defendants concerning their property in accordance with Chapter 1-352 of the North Carolina General Statutes, which guide this Court under Rule 69 of the Federal Rules of Civil Procedure. The Court finds that:

1. The Court has jurisdiction over the subject matter and persons of this proceeding.
2. The Court awarded judgment to plaintiff on 4 January 2021.
3. The Clerk issued Writs of Execution against defendant Lazy T., LLC on 23 March 2021 and against defendant Larry Dexter Harmon 11 May 2021.
4. Plaintiff instituted Supplemental Proceedings on 4 June 2021 with

Interrogatories and Request for Production.

5. Defendants have not responded.

6. Plaintiff is entitled to responses and an order to compel responses under NCGS 1-352.1.

Based on these findings, the Court **orders** that:

1. Defendants provide full and complete responses to plaintiff's Supplemental Proceedings of 4 June 2021 within fifteen (15) days;
2. Alternatively, defendants may mail plaintiff's counsel, by certified mail, within five days of the date of service of the order, a specific request for a hearing before a court or judge to answer oral questions concerning their property rather than answering the written interrogatories.

Signed: August 19, 2021

Kenneth D. Bell
United States District Judge